# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**TREVOR NEIL WOODS,**

   **Petitioner,**

**vs.**                                    **Case No.  3:15cv438-LC/CAS**

**STATE OF FLORIDA,**

   **Respondent.**

_____/

## REPORT AND RECOMMENDATION

In a Report and Recommendation entered December 2, 2015, it was recommended that Petitioner's case be dismissed for his failure to submit an Amended Petition and Motion for Leave to Proceed In Forma Pauperis by November 16, 2015.  ECF No. 5.  On December 14, 2015, Petitioner submitted an amended petition, ECF No. 6, and a motion for leave to proceed in forma pauperis, ECF No. 7.  In light of Petitioner's late submission, the Report and Recommendation was vacated on January 14, 2016, ECF No. 8,  and he was again directed to complete and file an IFP

application by February 24, 2016, ECF No. 9.  Those orders have since been returned to the Clerk's office undelivered with the envelopes marked "Return to Sender Not in Jail."  EFC Nos. 11 and 12.

.      It is Petitioner's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.  Since Petitioner has not furnished the court with a new address and it is doubtful that he will even receive a copy of this report and recommendation, his case should be dismissed for want of prosecution.  In the event the Petitioner does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

Accordingly, it is RECOMMENDED that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IN CHAMBERS at Tallahassee, Florida, this 24th day of February, 2016.

s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

## <u>NOTICE TO THE PARTIES</u>

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**