# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**TREVOR NEIL WOODS,**

    Petitioner,

vs.                                   Case No.  3:15cv438-LC/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 24, 2016.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice.

DONE AND ORDERED this 24th day of March, 2016.

       *s/L.A. Collier*
       LACEY COLLIER
       Senior United States District Judge